HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00241 DAD-BAM-3 |
| Plaintiff, | |
| vs. | **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
| ERIC ROCHLEM, | |
| Defendant, | |

Defendant Eric Rochlem, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA panel counsel.

On December 10, 2020, an Indictment was issued in the above captioned case. Mr. Rochlem had an initial appearance on the allegations in the Central District of California on December 1, 2020, where the court appointed counsel to represent him and ordered him released on conditions. Mr. Rochlem is scheduled for an initial appearance in the Eastern District of California on the pending Indictment on February 18, 2021.

Mr. Rochlem submits the Financial Affidavit as evidence of his inability to retain counsel. Our office has a conflict. Therefore, after reviewing his Financial Affidavit it is

respectfully recommended that CJA panel counsel Melissa B. Baloian be promptly appointed *nunc pro tunc* as of February 11, 2021 to assist in advance of Mr. Rochlem's arraignment.

DATED: February 11, 2021        */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Branch Chief, Fresno Office

## **O R D E R**

Having satisfied the Court that the defendant Eric Rochlem is financially unable to retain counsel, the Court hereby appoints CJA panel counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **February 12, 2021**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE