**Melissa Baloain, SBN# 232602**
**Law Office of Melissa Baloian**
**5424 N. Palm Ave. Suite 106**
**Fresno, Ca. 93704**
**Telephone (559) 352-2331**
**Mbaloian.law@gmail.com**

Attorney for Defendant ROCHLEM ERIC AQUNIO YADAO

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.  1:20-CR-00241-DAD-BAM |
| Plaintiff, | **STIPULATION TO MODIFY PRETRIAL LOCATION MONITORING DEVICE; FINDINGS & ORDER** |
| vs. | |
| ROCHLEM ERIC AQUINO YADAO, | |
| Defendant. | |

## STIPULATION

The defendant, ROCHLEM ERIC AQUINO YADAO, by and through his counsel, Melissa Baloian, and the United States of America, by and through its counsel, Assistant United States Attorney Stephanie Stokman, hereby stipulate as follows:

1.      By previous order, on February 18, 2021, Mr. Yadao was ordered by this court to participate in the Location Monitoring Program with a Radio Frequency (RF) transmitter device attached.

2.      Mr. Yadao is assigned to a monitoring specialist, Officer Ibanez, in the Central District of California.  Officer Ibanez advised Pretrial Services Officer Frank Guerreo, in the Eastern District, that the area where Mr. Yadao lives has poor internet and cellular service, and it caused difficulties for Mr. Yadao to connect with "Smartlink" (which the Central District

previously ordered) and now Mr. Yadao is having difficulties with the RF monitoring equipment due to him not having a hard-wired residential telephone landline.  Officer Ibanez is requesting for Mr. Yadao to be monitored on a GPS tracking device.

3.   According to Officer Guerrero, the Eastern District Pretrial Services Office is in agreement with Officer Ibanez' request for modification.

4.   The parties agree and stipulate, and request the Court find the following:

a.   Condition 7(a) listed on Document 190, filed February 23, 2021, currently reads: You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company.  You must pay all or part of the costs of the program based upon your ability to pay as determined by the PSO;

CURFEW:  You must remain inside your residence every day from 12:00 a.m. to 6:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations;

b.   Condition 7(a) shall be modified to read: You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a GPS monitoring device attached to your person.  You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company.  You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

CURFEW:  You must remain inside your residence every day from 12:00 a.m. to 6:00 a.m., or as adjusted by the pretrial services officer for medical,

religious services, employment or court-ordered obligations.

All prior orders not in conflict with this order, shall remain in full force and effect.

IT IS SO STIUPLATED

Dated: March 3, 2021

/s/ Melissa Baloian
_____
**MELISSA BALOIAN**
Attorney for Defendant

Dated: March 3, 2021

/s/ Stephanie Stokman
_____
**STEPHANIE STOKMAN**
Assistant United States Attorney

Dated: March 3, 2021

/s/ Frank Guerrero
_____
**FRANK GUERRERO**
Pretrial Services Officer

IT IS SO ORDERED.

Dated:   **March 2, 2021**          /s/ Barbara A. McAuliffe
                                   _____
                                   UNITED STATES MAGISTRATE JUDGE