**Melissa Baloian SBN# 232602**
**Law Office of Melissa Baloian**
**2950 Mariposa Street, Suite 120**
**Fresno, California 93721**
**Telephone (559) 352-2331**
**Mbaloian.law@gmail.com**

Attorney for Defendant ROCHLEM ERIC AQUINO YADAO,

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 1:20-CR-00241-NODJ-BAM |
| Plaintiff, | **REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER** |
| vs. | |
| ROCHLEM ERIC AQUINO YADAO, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 43, ROCHLEM ERIC AQUINO YADAO, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court proceed in his absence at the status conference set for July 10, 2024, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, Melissa Baloian, the same as if Defendant were personally present, and requests this Court allow his attorney to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that the Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Dated: July 5, 2024                           Respectfully Submitted,


/s/ Rochlem Eric Aquino Yadao
**ROCHELM ERIC AQUINO YADAO**
Defendant


Dated: July 5, 2024                           Respectfully Submitted,


/s/ Melissa Baloian
**MELISSA BALOIAN**
Attorney for Defendant


## ORDER

Good Cause appearing, IT IS HEREBY ORDERED that Defendant's appearance may be waived at the status conference set for July 10, 2024, according to this waiver.

IT IS SO ORDERED.

Dated: **July 8, 2024**                        /s/ Barbara A. McAuliffe
                                               UNITED STATES MAGISTRATE JUDGE