PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:    (559) 497-4000
Facsimile:    (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>              v.<br><br>ANGEL LOPEZ, AND<br>ROCHLEM ERIC AQUINO YADAO<br><br>                          Defendants. | CASE NO.  1:20-CR-00241-NODJ-BAM<br><br>STIPULATION TO CONTINUE; ORDER<br><br>DATE: August 14, 2024<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1.    A status conference was previously set for this matter for August 14, 2024.

2.    By this stipulation, the government and defendants now move to continue the status until August 28, 2024, and to exclude time between August 14, 2024, and August 28, 2024, under Local Code T4.

3.    The parties continue to discuss whether a resolution in this matter is forthcoming, and if not, when a trial date can be scheduled.  The parties request additional time in order to indicate to the Court whether change of pleas or a trial date should be scheduled.

4.    By this stipulation, the parties now move to continue the status until August 28, 2024,

STIPULATION TO CONTINUE STATUS CONFERENCE                    1

and to exclude time between August 14, 2024, and August 28, 2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

5.    The parties agree and stipulate, and request that the Court find the following:

a)    The government has represented that the discovery associated with this case includes reports, photographs, and audio files. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.  Additionally, a plea agreement has been provided to defendants.

b)    Counsel for defendant desires additional time to further review discovery, discuss potential resolution with her client and the government, and investigate and prepare for trial.

c)    The parties have been working on potential resolutions and continue to do so.

d)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)    The government does not object to the continuance.

f)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 14, 2024 to August 28, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

h)    The parties also agree that this continuance is necessary for several reasons, including but not limited to, the need to permit time for the parties to exchange supplemental discovery, engage in plea negotiations, and for the defense to continue its investigation and preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

6.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

STIPULATION TO CONTINUE STATUS CONFERENCE          2

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 8, 2024                                         PHILLIP A. TALBERT
                                                                          United States Attorney


                                                                          /s/ STEPHANIE M. STOKMAN
                                                                          STEPHANIE M. STOKMAN
                                                                          Assistant United States Attorney


Dated:  August 8, 2024                                         /s/ JAMES R. HOMOLA
                                                                          JAMES R. HOMOLA
                                                                          Counsel for Defendant
                                                                          ANGEL LOPEZ


Dated:  August 8, 2024                                         /s/ MELISSA BALOIAN
                                                                          MELISSA BALOIAN
                                                                          Counsel for Defendant
                                                                          ROCHLEM ERIC AQUINO
                                                                          YADAO


## ORDER

IT IS SO ORDERED that the status conference is continued from August 14, 2024, to **August 28, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).


IT IS SO ORDERED.

Dated:    **August 8, 2024**                              /s/ Barbara A. McAuliffe
                                                                          UNITED STATES MAGISTRATE JUDGE


STIPULATION TO CONTINUE STATUS CONFERENCE                    3