**Melissa Baloian SBN# 232602**
**Law Office of Melissa Baloian**
**2950 Mariposa Street, Suite 120**
**Fresno, California 93721**
**Telephone (559) 352-2331**
**Mbaloian.law@gmail.com**

Attorney for Defendant ROCHLEM ERIC AQUINO YADAO,

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ROCHLEM ERIC AQUINO YADAO, )<br>)<br>Defendant. )<br>) | Case No.  1:20-CR-00241-NODJ-BAM<br><br>**REQUEST FOR RULE 43 WAIVER OF APPEARANCE; AND ORDER** |

Pursuant to Federal Rule of Criminal Procedure 43, ROCHLEM ERIC AQUINO YADAO, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court proceed in his absence at the status conference set for August 28, 2024, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, Melissa Baloian, the same as if Defendant were personally present, and requests this Court allow his attorney to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that the Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Dated: August 27, 2024                              Respectfully Submitted,


                                                    /s/ Rochlem Eric Aquino Yadao
                                                    **ROCHELM ERIC AQUINO YADAO**
                                                    Defendant


Dated: August 27, 2024                              Respectfully Submitted,


                                                    /s/ Melissa Baloian
                                                    **MELISSA BALOIAN**
                                                    Attorney for Defendant


## **ORDER**

Good Cause appearing, IT IS HEREBY ORDERED that Defendant's appearance may be waived at the status conference set for August 28, 2024, according to this waiver.

IT IS SO ORDERED.

Dated:   **August 27, 2024**                        /s/ Barbara A. McAuliffe
                                                    UNITED STATES MAGISTRATE JUDGE