**Melissa Baloian SBN# 232602**
**Law Office of Melissa Baloian**
**2950 Mariposa Street. Suite 120**
**Fresno, California 93721**
**Telephone (559) 352-2331**
**Mbaloian.law@gmail.com**

Attorney for Defendant ROCHLEM ERIC AQUINO YADAO.

### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 1:20-CR-00241-TLN-BAM |
| Plaintiff, | **MOTION TO WITHDRAW AS COUNSEL OF RECORD AND APPOINT CJA COUNSEL; ORDER** |
| vs. | |
| ROCHLEM ERIC AQUINO YADAO, | |
| Defendant. | |

Melissa Baloian, appointed counsel of record in the above-captioned case, hereby moves for an order allowing her to withdraw as counsel of record and for the appointment of new counsel to represent Rochlem Eric Aquino Yadao. As grounds she states:

1. Melissa Baloian was appointed to represent defendant on February 16, 2021.

2. At the time of appointment, the undersigned was a member of the Criminal Justice Act Panel for the Eastern District of California.

3. Undersigned counsel has accepted a judicial appointment to the Fresno County Superior Court and consequently must close her law practice.

4. Defendant Rochlem Yadao is still in need of counsel. The Federal Defender's Office has contacted Victor Nasser, who is available to assume representation. His

contact information is:  Victor Nasser, Attorney at Law, 1226 L. Street, Bakersfield, CA, 93301, (310) 903-9721, victor@vicnasserlaw.com.

5. Accordingly, undersigned counsel requests that she be permitted to withdraw and new counsel, Victor Nasser, be appointed.  Undersigned counsel requests that she be removed from the service list.

Dated:  June 16, 2025                                      Respectfully submitted,


                                /s/ *Melissa Baloian*
                                Melissa Baloian
                                Attorney for Defendant
                                Rochelm Eric Aquino Yadao


## ORDER

Attorney Melissa Baloian's motion to withdraw as counsel is hereby GRANTED and her name should be removed from the service list.  Attorney Victor Nasser is hereby appointed as counsel *nunc pro tunc*.

DATED: June 16, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE