**The Law Office of Victor Nasser, A.P.C.**
Victor Nasser, Esq SBN: 326736
1226 L Street
Bakersfield, California 93301
Tel: (310) 903-9721
Email: victor@vicnasserlaw.com

Attorneys for Defendant
Rochlem Eric Aquino Yadao

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROCHLEM ERIC AQUINO YADAO,<br><br>Defendant. | Case No.: 1:20-CR-00241-TLN<br><br>**STIPULATION AND ORDER TO VACATE CURRENTLY SET SENTENCING HEARING AND SET A NEW SENTENCING HEARING DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE TROY L. NUNLEY AND KIMBERLY A. SANCHEZ, ACTING UNITED STATES ATTORNEY FOR THE EASTERN DISTRICTOF CALIFORNIA:

Defendant, Rochlem Yadao, by and through his attorney of record, Victor Nasser, hereby requests that the sentencing hearing currently set for Monday, August 25, 2025, be vacated and that a new sentencing hearing be set for Monday, October 06, 2025.

I was recently appointed to represent Mr. Yadao after his jury trial with prior counsel. As a result, I have been coordinating with probation a date and time to conduct the presentence interview so that a pre-sentence report may be drafted. That interview was conducted yesterday, August 04, 2025. Additionally, I have spoken with Probation Officer Jesse Mora and was advised the pre-sentence report will not be prepared in time for the currently set sentencing hearing but will be ready for the requested date of October 06, 2025.

1    I have spoken to Assistant United States Attorney, Ms. Stephanie Stokman, and there will be

2  no objection to vacating the currently set sentencing hearing, and resetting the sentencing hearing to

3  October 06, 2025, before This Court.

4    The parties also agree the delays resulting from the continuance shall be excluded in the

5    interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

6

7  **IT IS SO STIPULATED**

8                                                  Respectfully Submitted,

9

10  DATED: August 05, 2025                          **/s/ *Victor Nasser***
                                                     Victor Nasser
11                                                   Attorney for Defendant
12                                                   Rochlem Eric Aquino Yadao

13

14

15

16  DATED: August 05, 2025                          **/s/ *Stephanie Stokman***
                                                     Stephanie Stokman
17                                                   Assistant United States Attorney

18

19

20

21

22

23

24

25

26

27

28
                                    2
              Stipulation and Order to Vacate Status Conference and Set New Status Conference

1

2

3

4                    **UNITED STATES DISTRICT COURT**

5                    **EASTERN DISTRICT OF CALIFORNIA**

6

7    UNITED STATES OF AMERICA,                    Case No.  1:20-CR-00241-TLN

                            Plaintiff,           **STIPULATION AND ORDER TO**
8                                                 **VACATE AUGUST 05, 2025, STATUS**
                                                  **CONFERENCE AND SET A NEW**
9                        v.                       **STATUS CONFERENCE ON**
                                                  **SEPTEMBER 02, 2025**
10   ROCHLEM ERIC AQUINO YADAO,

                            Defendant.
11
                                                  Ctrm:  5
12
                                                  Hon. Troy L. Nunley
13

14                          **O R D E R**

15

16       IT IS ORDERED that the Sentencing hearing currently set for August 25, 2025, at the

17   Fresno Federal Courthouse is vacated.

18       IT IS FURTHER ORDERED THAT a new sentencing hearing be set on **October 06, 2025,**

19   **at 9:30 a.m. in Courtroom 5 at the Federal Courthouse in <u>Fresno</u>, before the Honorable Troy**

20   **L. Nunley.**

21
     Dated:  August 7, 2025
22
                                              _____
23                                            Troy L. Nunley
                                              Chief United States District Judge
24

25

26

27

28
                                              3
                    Stipulation and Order to Vacate Status Conference and Set New Status Conference