**The Law Office of Victor Nasser, A.P.C.**
Victor Nasser, Esq. SBN:326736
1226 L Street
Bakersfield, California 93301
Tel: (310) 903-9721
Email: victor@vicnasserlaw.com

Attorney for Defendant
Rochlem Eric Aquino Yadao

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROCHLEM ERIC AQUINO YADAO,<br><br>Defendant. | No. 1:20-CR-00241-3-TLN<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF VICTOR NASSER AS ATTORNEY OF RECORD AND ORDER** |

On December 10, 2020, Defendant Rochlem Eric Aquino Yadao was indicted on federal charges. CJA Panel Attorney Victor Nasser was appointed as sentencing counsel to represent Mr. Yadao on June 17, 2025, in his criminal case. Mr. Yadao was sentenced pursuant to a plea agreement on October 6, 2025. The time for filing a direct appeal was 14 days. A Notice of Appeal was filed on October 17, 2025. Mr. Yadao was in custody at sentencing and remains in custody. The trial phase of Mr. Yadao's criminal case has, therefore, come to an end. Having completed the representation of Mr. Yadao, CJA attorney, Victor Nasser is now moving to terminate his appointment under the Criminal Justice Act.

Should Mr. Yadao require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite

330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: October 29, 2025              Respectfully submitted,

/s/ Victor Nasser

Victor Nasser, Esq.
Attorney for Defendant
Rochlem Eric Aquino Yadao

# ORDER

Having reviewed the notice and found that attorney Victor Nasser has completed the services for which he was appointed, the Court hereby grants attorney Victor Nasser's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Rochlem Eric Aquino Yadao at the following address and to update the docket to reflect Defendant's pro se status and contact information.

CENTRAL VALLEY ANNEX
245 TAYLOR AVENUE
MCFARLAND, CA 93250

**IT IS SO ORDERED**

Dated: November 3, 2025

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE